1  Vernon Eugene Leverty, Esq., SBN # 48196
   LEVERTY & ASSOCIATES LAW, CHTD
2  832 Willow Street
   Reno, Nevada 89502
3  Tel:   (775) 322-6636
   Fax:   (775) 322-3953
4
   Attorneys for Defendant/
5  Counter-Plaintiff MERVYN I. SILBERBERG

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9
   JOHN ERIC LILJESTRAND,            )   NO. 2:08-cv-667
10 and CHRISTIE LILJESTRAND,         )
                                     )
11         Plaintiffs,                )   STIPULATION RE: DATE OF
                                     )   HEARING ON PENDING MOTIONS
12                                   )
   vs.                               )
13                                   )
   MERVYN ISIDORE SILBERBERG, and    )
14 DOES I through X, inclusive       )
                                     )
15         Defendants.                )
   _____)
16 MERVYN ISIDORE SILBERBERG         )
                                     )
17         Counter-Plaintiff          )
                                     )
18 vs.                               )
                                     )
19 JOHN ERIC LILJESTRAND; DOES I-    )
   XXX; and ABC CORPORATIONS A-Z     )
20                                   )
           Counter-Defendant          )
21 _____/

22
        The parties, by and through their undersigned counsel, hereby stipulate to change the
23
   date of hearing on Plaintiff/Counter-Defendant Liljestrands' Motion For Exclusion of Expert
24
   Witnesses (Doc. 17) and Defendant/Counter-Plaintiff Silberberg's Motion for Restraining
25
   //
26
   //
27
   //
28

Order (Doc. 19) to Tuesday, January 20, 2009, at 2:00 P.M.

DATED this 30th day of December, 2008.        DATED this 31st day of December, 2008.

LEVERTY & ASSOCIATES LAW, CHTD.        SHEPARD & HAVEN

/s/                                             /s/
Vernon E. Leverty, Esq.                         Ronald R. Haven, Esq.
832 Willow Street                               3600 American River Dr., Suite 100
Reno, NV 89502                                  P.O. Box. 255606
Attorney for Counter-Plaintiff                  Sacramento, CA 95865
Mervyn Silberberg                               Attorney for Plaintiffs Liljestrand

DATED this 31st day of December, 2008.        DATED this ____ day of December, 2008.

LAURIA TOKUNAGA, GATES & LINN, LLP        MATHENY SEARS LINKERT & JAMIE, LLP

/s/                                             /s/
Raymond R. Gates, Esq.                          Matthew C. Jaime, Esq.
Brian A. Rosenthal, Esq.                        3638 American River Drive
1755 Creekside Oaks Drive, Suite 240            Sacramento, CA 95864
Sacramento, CA 95833                            Attorney for Counter-Defendant
                                                Liljestrand
Attorney for Defendant Mervyn Silberberg

**ORDER**

**IT IS SO ORDERED.**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: December 31, 2008