1  Vernon Eugene Leverty, Esq., SBN # 48196
   LEVERTY & ASSOCIATES LAW, CHTD
2  832 Willow Street
   Reno, Nevada 89502
3  Tel:  (775) 322-6636
   Fax:  (775) 322-3953
4
   Attorneys for Defendant/
5  Counter-Plaintiff MERVYN I. SILBERBERG

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| JOHN ERIC LILJESTRAND, and CHRISTIE LILJESTRAND, <br><br> Plaintiffs, <br><br> vs. <br><br> MERVYN ISIDORE SILBERBERG, and DOES I through X, inclusive <br><br> Defendants. <br><br> MERVYN ISIDORE SILBERBERG <br><br> Counter-Plaintiff <br><br> vs. <br><br> JOHN ERIC LILJESTRAND; DOES I-XXX; and ABC CORPORATIONS A-Z <br><br> Counter-Defendant | NO. 2:08-cv-667 WBS KJM <br><br> STIPULATION RE: BLACK BOX AND THE RESTRAINT CONTROL MODULE IN THE 2006 FORD EXPLORER |

The parties orally agreed on October 28, 2008 that the Black Box and the Restraint Control Module could be removed from the 2006 Ford Explorer Vin No. 1FMEU74E46UA55881.

The parties further orally agreed that the removed Black Box and the Restraint Control Module would be held by Timothy J. Reust of Accident Science, Inc., 24421 Chestnut Street, Suite 100, Newhall, CA 91321.

1  Accordingly, the parties hereby stipulate that the Black Box and the Restraint Control
2  Module taken from the 2006 Ford Explorer will be maintained by Timothy J. Ruest. It is further
3  stipulate that no party shall conduct any tests, downloads, or in any manner tamper with either
4  the Black Box or the Restraint Control Module until and unless all parties have agreed upon
5  further testing or until permitted by the court.

7  DATED this____ day of November, 2008.      DATED this ____ day of November, 2008.

   LEVERTY & ASSOCIATES LAW, CHTD.            SHEPARD & HAVEN

   /s/_____         _____
   Vernon E. Leverty, Esq.                     Ronald R. Haven, Esq.
   832 Willow Street                           3600 American River Dr., Suite 100
   Reno, NV 89502                              P.O. Box. 255606
   Attorney for Counter-Plaintiff              Sacramento, CA 95865
   Mervyn Silberberg                           Attorney for Plaintiffs Liljestrand

14 DATED this 31st day of October, 2008.      DATED this ____ day of November, 2008.

   LAURIA TOKUNAGA, GATES & LINN, LLP   MATHENY SEARS LINKERT & JAMIE, LLP

   /s/_____          /s/_____
   Raymond R. Gates, Esq.                      Matthew C. Jaime, Esq.
   Brian A. Rosenthal, Esq.                    3638 American River Drive
   1755 Creekside Oaks Drive, Suite 240        Sacramento, CA 95864
   Sacramento, CA 95833                        Attorney for Counter-Defendant Liljestrand
   Attorney for Defendant Mervyn Silberberg

**ORDER**

**IT IS SO ORDERED.**

DATED: January 12, 2009.

_____
U.S. MAGISTRATE JUDGE