UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN ERIC LILJESTRAND and
CHRISTIE LILJESTRAND,

        Plaintiffs,

   v.

MERVYN ISIDORE SILBERBERG and
DOES I through X, inclusive,

        Defendants,
_____/

AND RELATED COUNTERCLAIMS.
_____/

NO. CIV. 08-667 WBS KJM

ORDER

----oo0oo----

       After considering the arguments of counsel on plaintiffs motion to exclude defendant's expert witnesses pursuant to Federal Rule of Civil Procedure 37(c)(1), the court concludes that modification of the Status (Pretrial Scheduling) Order is the most appropriate resolution of this matter.

       IT IS THEREFORE ORDERED that:

       (1) discovery is reopened for the limited purposes

1

enumerated herein;

    (1) the parties shall disclose expert witnesses and their reports by no later than February 17, 2009;

    (2) the parties shall disclose rebuttal expert witnesses and their reports by no later than March 17, 2009;

    (3) the parties shall complete depositions of all expert witnesses by no later than May 1, 2009;

    (4) the parties shall file Pretrial Statements by no later than May 15, 2009;

    (5) the Final Pretrial Conference is rescheduled for June 15, 2009, at 2:00 p.m. in Courtroom No. 5;

    (6) the jury trial is rescheduled for August 11, 2009, at 9:00 a.m. in Courtroom No. 5; and

    IT IS FURTHER ORDERED that plaintiffs' motion to exclude experts be, and the same hereby is, DENIED.

DATED:   January 21, 2009

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE