Raymond R. Gates, SB#170240
Anthony D. Lauria, SB#125367
Scott A. Linn, SB#142143
LAURIA TOKUNAGA
GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500

Attorneys for Defendant MERVYN I. SILBERBERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC LILJESTRAND, and CHRISTIE LILJESTRAND,<br><br>Plaintiffs,<br><br>vs.<br><br>MERVYN ISIDORE SILBERBERG, and DOES I through X, inclusive<br><br>Defendants.<br>_____<br>AND RELATED COUNTER ACTIONS. | NO. 2:08-cv-667<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** between the parties to the above-entitled action, through their undersigned respective counsel of record, that the above-entitled action may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: 3/3/09

/s/ Ronald Haven
Ronald Haven, Esq.
Attorney for Plaintiffs
John and Christie Liljestrand
Shepard and Haven
3600 American River Dr., #100
Sacramento, CA 95864
(916) 487-7900

Dated: 3/30/09

1

/s/ Raymond R. Gates
Raymond R. Gates, Esq.
Attorney for Defendant
Mervyn Isidore Silberberg
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
(916) 492-2000

Dated: _____3/5/09__

/s/ Matthew C. Jaime
Matthew C. Jaime, Esq.
Attorney for Counter-Defendant
John Liljestrand
Matheny Sears Linkert & Jaime, LLP
3638 American River Drive
Sacramento, CA 95864
(916) 978-3434

Dated: ____3/10/09_____

/s/ Vernon Eugene Leverty
Vernon Eugene Leverty
Attorney for Counter-Plaintiff
Mervyn Isidore Silberberg
Leverty & Associates Law, CHTD
832 Willow Street
Reno, NV 89502
(775) 322-6636

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: March 31, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE